## * * § 362 INFORMATION SHEET * *

Edwin Guzman                                         09-33030
DEBTOR                                               Case No:                MOTION #:
SAME                                                 CHAPTER: 13
MOVANT

### Certification of Attempt to Resolve the Matter Without Court Action:
*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(3), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*
*Date: _____     Signature: _____*
                                              *Attorney for Movant*

PROPERTY INVOLVED IN THIS MOTION: Community Property
NOTICE SERVED ON: Debtor(s) [ ] ; Debtor's counsel [ ] ; Trustee [✓] ;
DATE OF SERVICE: After e-filed date

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st Divorce action pending in State Court. | 1st Same |
| 2nd ___ | 2nd ___ |
| 3rd ___ | 3rd ___ |
| 4th ___ | 4th ___ |
| Other: ___ | Other: ___ |
| Total Encumbrances: ___ | Total Encumbrances: ___ |
| APPRAISAL of OPINION as to VALUE: Unknown | APPRAISAL of OPINION as to VALUE: |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):: | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT : |
|---|---|
| Amount of Note: Divorce Action | . |
| Interest Rate: ___ | . |
| Duration: ___ | . |
| Payment per Month: ___ | . |
| Date of Default: ___ | . |
| Amount in Arrears: ___ | . |
| Date of Notice of Default: ___ | . |
| SPECIAL CIRCUMSTANCES: Relief to proceed with Divorce and discovery on community property. | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: Gary S. Fink, Esq. | SUBMITTED BY: ___ |
|  | SIGNATURE: ___ |

MLS-Sec-362-Inf-12-00.wpd (District of Nevada)                          "EXHIBIT A"

**MOT**
IHAB T. OMAR, ESQ.
Nevada Bar No.: 9138
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CLARK COUNTY NEVADA

In Re: EDWIN E. GUZMAN       )
                             )
                             )  Case No.: BK-09-33030-BAM
                             )
      Debtors,               )  DATE: May 25, 2010
                             )  TIME: 1:30 p.m.
                             )
                             )

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, EDWIN GUZMAN, (hereinafter "Debtor") by and through his counsel of record, IHAB T. OMAR, ESQ., of the Law Offices of Ihab T. Omar, and moves this court pursuant to 11 U.S.C. §362 and states:

1.  Debtors filed the instant Chapter 13, Case Number 09-33030 BAM on December 8, 2009.

2.  Prior to filing the instant Bankruptcy the Debtor was involved in a State Court action for Divorce. The Divorce action is highly contested and there is currently a TPO against the Debtor. The State Court action has been stayed by the Bankruptcy.

3.  There is community property involved in the Divorce action that the Chapter 13 Trustee is seeking valuation of the property. The property in question is a Salon jointly owned by the Debtor and his estranged wife. The Debtor has sought to have the business appraised but counsel for the estranged wife has refused to cooperate without order from the Court. To proceed with getting an order to value the Salon the Debtor is requesting relief from the stay.

4.  In addition, the Debtor is seeking relief from stay to seek dissolution of the

marriage. The State Court may proceed in dissolving the marriage without making orders on any property of the estate, leaving those issues to be decided at a more appropriate time.

## LEGAL ARGUMENT

11 USC 362

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of--

\*\*\*

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

\*\*\*

\*\*\*

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

In the present case the Chapter 13 trustee has requested a valuation of community property. This can only be accomplished with limited relief from the automatic stay. Additionally, the Debtor would like to get divorced prior to the end of his Bankruptcy. The Debtor is current with his plan payments, however, his plan cannot get confirmed until the Trustee receives a valuation of the community property.

Wherefore Debtor prays that this court:

5. Find that the automatic stay is lifted for the limited purpose of proceeding with discovery in the State Court Divorce action;

6. Find the automatic stay is lifted to allow for the dissolution of the marriage;

7. Find that the automatic stay is still in force with regard to disbursal of any property of the estate and that no order can be made disbursing property of the estate without further order of this Court.; and

8. Such other relief the Court finds appropriate.

## CONCLUSION

For the foregoing reasons, Debtor respectfully requests that Your Honor grant his motion for relief from the automatic stay.

Dated: 4/15/10

/s/Ihab T. Omar
IHAB T. OMAR, ESQ.
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney(s) for Debtors