**Entered on Docket
April 22, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

IHAB T. OMAR, ESQ.
Nevada Bar No.: 9138
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CLARK COUNTY NEVADA

In Re: EDWIN E. GUZMAN

      Debtors,

Case No.: BK-09-33030-BAM

DATE: February 25, 2010
TIME: 2:30 p.m.

### ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LENDING, ITS SUCCESSORS AND/OR ASSIGNS PURSUANT TO 11 USC §506 (a) AND §1322

Debtor(s), EDWIN E. GUZMAN, MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LENDING, ITS SUCCESSORS AND/OR ASSIGNS PURSUANT TO 11 USC §506 (a) AND §1322, having come on regularly for hearing on February 25, 2010, with Gary S. Fink, Esq. appearing on behalf of the Debtor(s), and pursuant to notice duly given, no opposition having been filed, and the Court having

-8-

considered the matter, reviewed the file herein and being otherwise fully advised in premises, and no opposition having been filed, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to 11 U.S.C. Section 506(a), COUNTRYWIDE HOME LENDING, ITS SUCCESSORS AND/OR ASSIGNS lien(s) on the Debtor's residence located at 4377 Mesa Hill Drive Las Vegas, Nevada 89147, is extinguished and reclassified as a wholly unsecured claim.

IT IS FURTHER OREDERD, ADJUDGED AND DECREED that said unsecured claim shall be paid pro rata with other general unsecured creditors in accordance with Debtors' Chapter 13 Plan.

IT IS FURHTER ORDERED, ADJUDGED AND DECREED that the Proof of Claim filed by Creditor should be deemed as unsecured.

IT IS FURHTER ORDERED, ADJUDGED AND DECREED that COUNTRYWIDE HOME LENDING, ITS SUCCESSORS AND/OR ASSIGNS shall retain it's lien on the real property located at 4377 Mesa Hill Drive Las Vegas, Nevada 89147 until such time as the Debtor has completed his Chapter 13 Plan and received a discharge of his obligations.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event the instant Chapter 13 matter is Dismissed or Converted to a Chapter 7 the instant order shall be vacated.

Dated this 25th day of February, 2010.

Law Offices of Ihab T. Omar

/s/ Ihab T. Omar, Esq.
IHAB T. OMAR, ESQ.
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney(s) for Debtor(s)

1 | Approved/Disapproved

_____
KATHLEEN LEAVITT
Chapter 13 Trustee

### ALTERNATIVE METHOD RE: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follow (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Kathleen Leavitt, Chapter 13 Trustee
201 Las Vegas Blvd., South, Suite 200
Las Vegas, NV 89101

_X_ Failed to respond.

Law Offices of Ihab T. Omar

/s/ Ihab T. Omar, Esq.
IHAB T. OMAR, ESQ.
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney(s) for Debtor(s)

-10-