

Entered on Docket
May 06, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Gary L. Compton, Esq.
Nevada Bar No. 1652
2950 E. Flamingo Rd., Ste. L
Las Vegas, NV 89121
(702) 383-0026
Fax No. (702) 383-5962
Attorney for America First Federal
Credit Union, assignee of Community
One Federal Credit Union
E-mail: glc@comptonlaw.org

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>EDWIN E. GUZMAN,<br><br>           Debtor. | CASE NO.  BK-S-09-33030-BAM<br>CHAPTER  13<br><br>ORDER TERMINATING AUTOMATIC<br>STAY RE: AUTOMOBILE AND<br>CO-DEBTOR<br><br>Motion No. : 8339287<br>Hearing Date: 4/27/2010<br>Hearing Time: 1:30 p.m. |

America First Federal Credit Union, assignee of Community One Federal Credit Union, by and through counsel, Gary L. Compton, Esq., filed a Motion for Relief from Stay Re: Automobile and Co-Debtor on March 22, 2010. The motion and notice thereof were duly noticed and the matter came on for hearing on April 27, 2010 at 1:30 p.m., and there being no pleading or appearance made in opposition to, a copy of this order was served with the motion, and good cause therefore appearing;

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the stay and co-
2  debtor stay under 11 U.S.C. § 362, 11 U.S.C. § 1301, and B.R.
3  4001(a)(3) are hereby terminated as to the 2008 Mercedes-Benz CLK550
4  Cabriolet, Vehicle Identification No. WDBTK72F68T099806.

6  IT IS SO ORDERED this _____ day of April, 2010.

9  Submitted By:

11  _____        _____
12  Gary L. Compton, Esq.              Kathleen A. Leavitt
    Nevada Bar No. 1652
    2950 E. Flamingo Rd., Ste. L
13  Las Vegas, NV 89121
    Attorney for America First Federal
14  Credit Union, assignee of Community
    One Federal Credit Union

2

LR 9021(c)(1) Certification:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021.

__X__ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Trustee | X | | |
| | | | |
| | | | |
| | | | |

### 

3