**Entered on Docket
June 28, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

IHAB T. OMAR, ESQ.
Nevada Bar No.: 9138
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CLARK COUNTY NEVADA

In Re: EDWIN E. GUZMAN )
)
) Case No.: BK-09-33030-BAM
)
Debtors, ) DATE: May 25, 2010
) TIME: 1:30 p.m.
)
)

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor(s), EDWIN E. GUZMAN, MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 USC §362, having come on regularly for hearing on May 25, 2010, with Gary S. Fink, Esq. appearing on behalf of the Debtor(s), and pursuant to notice duly given, no opposition having been filed, and the Court having considered the matter, reviewed the file herein and being otherwise fully advised in premises, and no opposition having been filed, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is lifted for the limited purpose of proceeding with discovery in the State Court Divorce action.

IT IS FURTHER OREDERD, ADJUDGED AND DECREED that the automatic stay is lifted to allow for the dissolution of the marriage.

IT IS FURHTER ORDERED, ADJUDGED AND DECREED that the automatic stay is still in force with regard to disbursal of any property of the estate and that no order can be made disbursing property of the estate without further order of this Court.

Dated this 24th day of June, 2010.

Law Offices of Ihab T. Omar

/s/ Ihab T. Omar, Esq.
IHAB T. OMAR, ESQ.
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney(s) for Debtor(s)

Approved/Disapproved

_____
KATHLEEN LEAVITT
Chapter 13 Trustee

## ALTERNATIVE METHOD RE: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follow (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

KATHLEEN A. LEAVITT, Chapter 13 Trustee
201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV 89101

_x_ Failed to respond.

Law Offices of Ihab T. Omar

/s/ Ihab T. Omar, Esq.
IHAB T. OMAR, ESQ.
6600 West Charleston Blvd., Suite 134
Las Vegas, NV 89146
(702) 834-7500 *tele*
(702) 834-7505 *fax*
Attorney(s) for Debtor(s)